

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:    Gerardus J. Smith v. J. Darrell Brewer

Appellate case number:    01-16-00029-CV

Trial court case number:    2014-68579

Trial court:    215th District Court of Harris County

Date motion filed:    03/01/2017

Party filing motion:    Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Sherry Radack
                ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings and Bland


Date: July 20, 2017